UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **PAULA F. CHARLIE** | **CIVIL NO. 2:21-CV-00715** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MOBILE MODULAR MANAGEMENT CORP., ET AL** | **MAG. JUDGE KATHLEEN KAY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Paula F. Charlie's Motion to Remand [Doc. No. 9] is **DENIED.**

**MONROE, LOUISIANA**, this 2nd day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE